IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALAN K. TRIPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2424-KHV |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING ATTORNEY'S FEES
### UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $3,746.32, payable to Plaintiff. The parties also agree, and the Court finds, that Plaintiff should be reimbursed for costs of $350.00 from the Judgment Fund administered by the Treasury Department, payable to Plaintiff.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$3,746.32**, payable to Plaintiff.

IT IS ALSO ORDERED THAT Plaintiff is awarded costs of **$350.00** to be paid from the Judgment Fund administered by the Treasury Department, payable to Plaintiff.

IT IS SO ORDERED.

Dated this 17th day of August, 2007.

                                      s/ Kathryn H. Vratil
                                      KATHRYN H. VRATIL
                                      United States District Judge

APPROVED BY:

s/ Joan H. Deans
JOAN H. DEANS, Bar No. 13000
6220 Blue Ridge Cut-off, Suite 200
Raytown, Missouri 64133
Tel: ( 816) 356-7997
Email:  jhdeanslaw@earthlink.net

Attorney for Plaintiff


ERIC F. MELGREN
United States Attorney

s/ David D. Zimmerman
DAVID D. ZIMMERMAN
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Kan. Fed. Bar No. 23486
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail: David.Zimmerman@usdoj.gov
ELECTRONICALLY FILED

Attorneys for Defendant